| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hunt, Roger L. | 2. Court or Organization<br><br>U.S. District Cour6t of Nevada | 3. Date of Report<br><br>07/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd. South - Room 6202<br>Las Vegas, Nevada 89101 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Henderson Aviators LLC (See VIII) |
| 2. | Member | Harry S. Truman Scholarship Foundation (See VIII) |
| 3. | Board of Advisors | Project REAL (See VIII) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Unimproved Real Estate - Lincoln County, NV | | None | J | W | | | | | |
| 2. Southwest Gas Corporation | B | Dividend | K | T | | | | | |
| 3. Beneficial Life Advantage 7 Plus | B | Interest | K | T | | | | | |
| 4. Credit Union (That's its name) | A | Interest | L | T | | | | | |
| 5. Beneficial Life Advantage 7 Plus (IRA) | | None | M | T | | | | | |
| 6. Met Life Var. Annuity (IRA) | D | Distribution | M | T | | | | | |
| 7. Ohio National Var. Annuity | D | Distribution | M | T | | | | | |
| 8. In Touch Credit Union (formerly Ensign Credit Union) | A | Interest | | | Redeemed | 02/23/13 | M | G | |
| 9. TWEAX (American Century Eq Income) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 10. ICVEX (Mainstay ICAP International) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 11. EFA (Ishares MSCI Global) | | None | | | Buy | 04/02/13 | J | | |
| 12. EFA (Ishares MSCI Global) | | None | | | Sold | 06/25/13 | J | A | |
| 13. EPSPX (Mainstay Epoch Global Eq) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 14. NBHAX (Neuberger Berman Eq Inc) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 15. CWI (SPDR MSCI ACWI Ex-US) | | None | | | Sold (part) | 04/02/13 | J | A | |
| 16. CWI (SPDR MSCI ACWI Ex-US) | A | Dividend | | | Sold | 05/10/13 | J | A | |
| 17. SPY (S&P 500 EFT) | A | Dividend | J | T | Buy | 07/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPY (S&P 500 EFT) | A | Dividend | J | T | Buy | 12/23/13 | J | | |
| 19. VTI (Vanguard Total Stock Market) | A | Dividend | J | T | Buy | 01/24/13 | J | | |
| 20. VTI (Vanguard Total Stock Market) | A | Dividend | J | T | Sold (part) | 06/25/13 | J | A | |
| 21. (VTI (Vanguard Total Stock Market) | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 22. CIU (Ishares Barclays Inter Cr Bd) | A | Dividend | | | Sold | 06/25/13 | J | A | |
| 23. WOBDX (JP Morgan Core Bond Fund) | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 24. LIGRX (Loomis Sayles Inv Grade Bd) | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 25. PTTAX (Pimco Total Return Fund) | A | Dividend | | | Sold (part) | 06/25/13 | J | A | |
| 26. PTTAX (Pimco Total Return Fund) | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 27. BIL(SPDR Barclays 1-3 mth T-B) | | None | | | Sold | 01/24/13 | J | A | |
| 28. BIL (SPDR Barclays 1-3 mth T-B) | | None | | | Buy | 03/18/13 | J | | |
| 29. BIL (SPDR Barclays 1-3 mth T-B) | | None | | | Sold | 06/06/13 | J | A | |
| 30. BIL (SPDR Barclays 1-3 mth T-B) | | None | | | Buy | 06/13/13 | J | | |
| 31. BIL (SPDR Barclays 1-3 mth T-B) | | None | | | Buy | 06/25/13 | J | | |
| 32. BIL (SPDR Barclays 1-3 mth T-B) | | None | | | Sold | 10/11/13 | J | A | |
| 33. TPINX (Franklin/ Templeton Gobal Bd) | A | Dividend | J | T | | | | | |
| 34. BND (Vanguard Bd FD Inc) | A | Dividend | | | Sold (part) | 06/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BND (Vanguard Bd FD Inc) | A | Dividend | | | Sold (part) | 07/22/13 | J | A | |
| 36. BND (Vanguard Bd FD Inc) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 37. NARAX (Virtus Multi-Sector Short) | A | Dividend | J | T | | | | | |
| 38. IAU (Ishares Gold Trust ETF) | | None | | | Sold | 03/18/13 | J | A | |
| 39. VGK (Vanguard FTSE Europe ETF) | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 40. CSJ (Ishares 1-3 Year Credit Bond) | A | Dividend | | | Buy | 06/25/13 | J | | |
| 41. CSJ (Ishares 1-3 Year Credit Bond) | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 42. CSJ (Ishares 1-3 Year Credit Bond | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 43. OOSAX (Oppenheimer Senior Floating) | A | Dividend | | | Buy | 06/06/13 | J | | |
| 44. OOSAX (Oppenheimer Senior Floating) | A | Dividend | | | Buy | 06/25/13 | J | | |
| 45. OOSAX (Oppenheimer Senior Floating) | A | Dividend | | | Sold | 07/22/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunt, Roger L. | 07/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions:

Henderson Aviators LLC is a 4-member Limited Liability Company formed to hold title to a single engine, general avition airplane (for personal use) in which I hold a 1/4 interest.

I was nominated by the President and confirmed by the Senate to serve on the Board of Trustees of the Harry S. Truman Scholarship Foundation. The date of the commission was September 25, 2006.

Project REAL is a non-profit organization that teaches school children about the law and organizes student tours to the courthouse.

LIGRX - is Loomis Sayles fund Asset was owned in 2012, but the value of this asset was below the reporting threshold.

PTTAX - is listed twice (as "MFPITJ540DI" in lower section as well) - Pimco Total Return Fund - Listed on line 25.

MFMTKN - 52J1Q3 - is Mainstay Epoch Global Equity fund - Listed on line 13.

BIL-4077U7 - is SPDR Barclay 1-3 month T-Bill - Listed on line 27.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Hunt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544